# EXHIBIT C

Case 1:22-cv-02919-MKV   Document 27-3   Filed 07/12/22   Page 1 of 3



CITY OF NEW YORK
## CIVIL SERVICE COMMISSION

NANCY G. CHAFFETZ, CHAIR  
RUDY WASHINGTON, VICE CHAIR  
LARRY DAIS  
CHARLES D. MCFAUL  
COMMISSIONERS

www.nyc.gov/csc  
appeals@nyccsc.nyc.gov

AMANDA M. WISMANS  
GENERAL COUNSEL

JOAN RICHARDS  
DIRECTOR OF ADMINISTRATION

### NOTICE OF CITY CIVIL SERVICE COMMISSION ACTION

**Samuel Jackson, Esq.**  
Attorney for Appellant  
sjackson2@dc37.net

| | |
|---|---|
| Date: | 03/10/2022 |
| Case No.: | 2021-0866 |
| Appeal Type: | 76 Disciplinary |
| Appellant: | Devanand Persaud |
| Position/Title: | Accountant Level II |
| Agency: | DOF |
| Final Decision: | Affirm |

Attached is a decision in connection with your Civil Service Commission appeal.

This decision constitutes the final decision of the City of New York. For information regarding judicial review of this decision, you may wish to review the NYS Courts website at http://nycourts.gov/. Please note that a proceeding pursuant to Article 78 of the New York State Civil Practice Law and Rules must be commenced within four months after a determination becomes final.

**NOTE ON CORONAVIRUS**: As a result of the global COVID-19 (novel coronavirus) pandemic and a concern for public health, Civil Service Commission staff are currently working remotely until further notice. As a result, in-person communication will not be available until further notice, and processing of items submitted by mail will be delayed. Please submit any inquiries to appeals@nyccsc.nyc.gov.

### NEW YORK CITY CIVIL SERVICE COMMISSION

c:  **Devanand Persaud**  
Appellant  
dev2@hotmail.com

**Ari Lieberman, Esq.**  
Deputy Department Advocate  
Office of the Department Advocate  
New York City Department of Finance  
LiebermanA@finance.nyc.gov

**Martin Rainbow, Esq.**  
Office of Administrative Trials And Hearings  
mrainbow@oath.nyc.gov

**Joshua Hantman, Esq.**  
Disciplinary Attorney  
New York City Department of Finance  
HantmanJ@finance.nyc.gov

THE CITY OF NEW YORK
CIVIL SERVICE COMMISSION

*In the Matter of the Appeal of*

**DEVANAND PERSAUD**

*Appellant*

*-against-*

**DEPARTMENT OF FINANCE - DOF**

*Respondent*

*Pursuant to Section 76 of the New York State Civil Service Law*

CSC Index No: 2021-0866

# DECISION

**DEVANAND PERSAUD** ("Appellant") appealed from a determination of the Department of Finance ("DOF") finding Appellant guilty of incompetency and/or misconduct and imposing a penalty of Termination following disciplinary proceedings conducted pursuant to Civil Service Law ("CSL") Section 75.

The Civil Service Commission ("Commission") requested written arguments from the parties on December 27, 2021. Appellant's brief was received on January 24, 2022, and DOF's brief was received on February 3, 2022.

The Commission has reviewed the record below[1], which we incorporate by reference into this decision, as well as arguments submitted on appeal, and find that there is sufficient evidence to support the final determination and that the penalty imposed is appropriate.

Therefore, the final decision and penalty imposed are hereby affirmed.

**SO ORDERED.**

Dated: March 10, 2022

---

[1] A communication was received through the Civil Service Commission's customer service portal on February 28, 2022, purportedly from Appellant's father, Steven Persaud.  A copy of the communication was sent to the parties, and the Commission did not consider it in making its final decision.

1