

# Famighetti & Weinick PLLC

25 Melville Park Road, Suite 235
Melville, New York 11747
(631) 352-0050
mbw@fwlawpllc.com

July 22, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2023
```

**Via ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

      Re:    <u>Persaud v. City of New York, et al.</u>
                  No. 1:22-CV-02919-MKV

Dear Judge Vyskocil:

     I represent the Plaintiff, Devanand Persaud. I write to respectfully request an adjournment of the August 9, 2023 status conference, which the Court just recently rescheduled from August 8, 2023.

     The reason for the request is that I am previously engaged on August 9th, for a mediation in the matter of <u>Belyea v. City of Glen Cove</u>, E.D.N.Y. No. 20-cv-05675(MKB)(ST). This is the first request for an adjournment, the adjournment does not affect any other deadlines, and Defendants' counsel consents to the request. All counsel are available anytime on August 16, 17, or 18.

     We thank Your Honor for your attention to this matter.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Matthew Weinick

cc:    Zachary Ellis, Esq.

**The adjournment request is GRANTED. The August 9, 2023 Status Conference is ADJOURNED to August 22, 2023 at 11:30 AM. SO ORDERED.**

Date: 7/24/2023                                _Mary Kay Vyskocil_
New York, New York                  Mary Kay Vyskocil
                                      United States District Judge