UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVANAND PERSAUD,

                    Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                    Defendants.

22-cv-2919 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The October 23, 2023, conference is CANCELED. Instead, the parties should meet and confer and submit a proposed summary judgment schedule by **October 26, 2023, at 5:00 p.m.**

    SO ORDERED.

Dated: October 20, 2023
       New York, New York

                                      ARUN SUBRAMANIAN
                                  United States District Judge