

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

ZACHARY T. ELLIS
*Assistant Corporation Counsel*
Labor and Employment Law Division
(212) 356-0839
zellis@law.nyc.gov

November 28, 2023

<u>Via CM/ECF</u>
Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

   Re: *Persaud v. City of New York*, et al.
      Civil Case No. 22-CV-02919-AS
      Law Department File No. 2022-024486

Dear Judge Subramanian:

  I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants, the City of New York, Sherif Soliman, William Marshall, and Ari Lieberman (collectively, "Defendants"), in the above-referenced action. In accord with Your Honor's Individual Rules of Practice, I write to respectfully request a <u>**three-week extension of time for Defendants to move for summary judgment, from December 1 to December 22, 2023**</u>. This is Defendants' first request for an extension of this deadline. Plaintiff Devanand Persaud consents to the requested extension.

  Although Defendant Sherif Soliman was deposed on November 8, 2023, a copy of his deposition transcript has not yet been made available to the parties, nor has the stenographer been able to provide the parties with an estimate of when the transcript will be ready. Accordingly, an extension of the deadline for Defendants to move for summary judgment is necessary for Defendants to be able to incorporate Defendant Soliman's deposition testimony into their summary-judgment papers. The requested extension is also necessary to provide the clients time to review Defendants' summary-judgment papers.

  I thank the Court for its consideration of this request.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: November 29, 2023

        Respectfully submitted,

        /s/
        ZACHARY T. ELLIS
        Assistant Corporation Counsel

cc:    All Counsel of Record via CM/ECF