

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ZACHARY T. ELLIS<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>(212) 356-0839<br>zellis@law.nyc.gov |
|---|---|---|

January 4, 2024

**Via CM/ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15A
New York, New York 10007

    Re: *Persaud v. City of New York*, et al.
       Civil Case No. 22-CV-02919-AS
       Law Department File No. 2022-024486

Dear Judge Subramanian:

  I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants, the City of New York, Sherif Soliman, William Marshall, and Ari Lieberman (collectively, "Defendants"), in the above-referenced action. In accord with Your Honor's Individual Rules of Practice, I write to respectfully request a three-workday extension of time for Defendants to move for summary judgment, from January 5, 2024, to January 10, 2024. This is Defendants' third request for an extension of this deadline. Plaintiff Devanand Persaud consents to the requested extension.

  This very brief extension is being sought because I was bed-ridden last week after I contracted the flu and was completely unable to work. This very brief extension would permit me to finalize Defendants' motion for summary judgment and provide my clients time to review the moving papers.

  I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
ZACHARY T. ELLIS
Assistant Corporation Counsel

The request is GRANTED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: January 5, 2024