UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVANAND PERSAUD,<br><br>                    Plaintiff,<br><br>      -against-<br><br>CITY OF NEW YORK et al.,<br><br>                    Defendants. | 22-cv-2919 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court has reviewed the parties' summary-judgment papers and would like supplemental briefing on one question: whether the DOF's Code of Conduct or social-media policy is a "municipal policy or custom" that could sustain Plaintiff's *Monell* claim. *Agosto v. N.Y.C. Dep't of Educ.*, 982 F.3d 86, 97–98 (2d Cir. 2020); Dkt. 70 ¶¶ 24–25; Fed. R. Civ. P. 56(e)(1).

Defendants shall submit their letter, not to exceed two pages, by April 11, 2024, at 5:00 p.m. Plaintiff shall submit his letter, not to exceed two pages, by April 16, 2024, at 5:00 p.m.

SO ORDERED.

Dated: April 4, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge