

25 Melville Park Road, Suite 235
Melville, New York 11747
(631) 352-0050
mbw@fwlawpllc.com
linycemploymentlaw.com

August 15, 2024

**Via ECF**
Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Persaud v. City of New York, et. al</u>., No. 22-cv-2919 (AS)

Dear Judge Subramanian:

 I represent the Plaintiff, Devanand Persaud. I write to request that the Court grant this motion to withdraw as Mr. Persaud's attorney. Mr. Persaud consents to my withdrawal. I am not asserting a charing or retaining lien.

 I thank Your Honor for your attention to this matter.

             Respectfully submitted,
               /s/
             Matthew Weinick

cc: Counsel of record
   Mr. Devanand Persaud (via e-mail)